# Exhibit 1

**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

PO Box 34176
Washington, DC 20043
(202) 795-9300 • www.rcfp.org

**PRESIDENT**
Bruce D. Brown

**STEERING COMMITTEE CHAIR**
STEPHEN J. ADLER

**VICE CHAIR**
MARGARET LOW
WBUR

**SECRETARY-TREASURER**
MASSIMO CALABRESI
The New York Times

**EXECUTIVE COMMITTEE MEMBERS**
DAVID BOARDMAN
Temple University
THEODORE J. BOUTROUS, JR.
Gibson, Dunn & Crutcher LLP
GAIL GOVE
NBCUniversal
LAURA HANDMAN
Davis Wright Tremaine
DIEGO IBARGÜEN
Hearst
THOMAS C. RUBIN
OpenAI

**STEERING COMMITTEE MEMBERS**
MARTY BARON
Ret., The Washington Post
WOLF BLITZER
CNN
SEWELL CHAN
USC Annenberg
LYNETTE CLEMETSON
University of Michigan
JASON CONTI
Dow Jones
NIKHIL DEOGUN
Brunswick Group
MANNY GARCIA
Florida International University
EMILIO GARCIA-RUIZ
The San Francisco Chronicle
JOSH GERSTEIN
POLITICO
ALEX GIBNEY
Jigsaw Productions
JAMES GRIMALDI
National Catholic Reporter
KAREN KAISER
The Associated Press
KIMBRIELL KELLY
Chicago Public Media
ALEX MACCALLUM
CNN
MATT MURRAY
The Washington Post
NORMAN PEARLSTINE
New York, New York
CHARLIE SAVAGE
The New York Times
ADAM SYMSON
The E.W. Scripps Company
MATT THOMPSON
The New York Times
VICKIE WALTON-JAMES
NPR

*Affiliations appear only for purposes of identification.*

United States Department of Justice
Civil Rights Division
Washington, D.C.
CRT.FOIArequests@usdoj.gov

March 20, 2026

<u>VIA EMAIL</u>

To Whom It May Concern:

This letter constitutes a request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and is submitted on behalf of the Reporters Committee for Freedom of the Press ("RCFP" or the "Reporters Committee") to the Civil Rights Division of the United States Department of Justice.

The Reporters Committee is an unincorporated nonprofit association of reporters and editors dedicated to defending the First Amendment and newsgathering rights of the news media.

I.    <u>Definitions</u>

Please note that as used herein:

- "EMAIL(S)" means and refers to electronic mail that was sent, received, copied on, or blind copied on, any attachments thereto, as well as the entirety of any email chain the email(s) are part of, whether such emails were sent or received sent on government systems or non-governmental systems;
- "ELECTRONIC MESSAGE(S)" means and refers to any electronic message <u>other than emails</u>, and includes (but is not limited to) information sent via SMS, iMessage, Signal, WhatsApp, Wickr, Confide, X, Truth Social, and any iOS or Android applications.

II.    <u>Requested Records</u>

Pursuant to FOIA, I, on behalf of RCFP, request access to and copies of the following:

1. All EMAILS sent to or from Assistant Attorney General Harmeet Dhillon between January 17 and 31, 2026, that include "Georgia Fort" (case insensitive), "Georgia Ellyse Fort" (case insensitive), "Lemon" (case insensitive), "Schiltz" (case insensitive), or "Micko" (case insensitive);

2. All EMAILS sent to or from Assistant Attorney General Harmeet Dhillon between January 17 and February 26, 2026, that mention or refer to Shane Ryan Bollman (aka Junn Bollmann);

3. All ELECTRONIC MESSAGES on Assistant Attorney General's Harmeet Dhillon's mobile phone(s) that were sent or received on January 18, 2026, which include "Lemon" or "Fort." This sub-part also seeks the 20 messages in the pertinent thread or conversation that precede the mention of "Lemon" or "Fort," and the 20 messages in the pertinent thread or conversation that follow the mention of "Lemon" or "Fort";

4. All EMAILS sent to or from Principal Deputy Assistant Attorney General Jesus Osete between January 17 and 31, 2026, that include "Georgia Fort" (case insensitive), "Georgia Ellyse Fort" (case insensitive), "Lemon" (case insensitive), "Schiltz" (case insensitive), or "Micko" (case insensitive);

5. All EMAILS sent to or from Principal Deputy Assistant Attorney General Jesus Osete between January 17 and February 26, 2026, that mention or refer to Shane Ryan Bollman (aka Junn Bollmann);

6. All EMAILS sent to or from Acting Deputy Assistant Attorney General Robert Keenan between January 17 and 31, 2026, that include "Georgia Fort" (case insensitive), "Georgia Ellyse Fort" (case insensitive), "Lemon" (case insensitive), "Schiltz" (case insensitive), or "Micko" (case insensitive);

7. All EMAILS sent to or from Acting Deputy Assistant Attorney General Robert Keenan between January 17 and February 26, 2026, that mention or refer to Shane Ryan Bollman (aka Junn Bollmann);

8.  All applications for search warrants, along with the supporting affidavits, as to the cellphones of Don Lemon, Georgia Fort, and/or Shane Ryan Bollman (aka Junn Bollmann).

Please provide all responsive records in electronic format via email to amarshall@rcfp.org

III. <u>Fees</u>

As a representative of the news media, the Reporters Committee is only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A).  These records are being sought on behalf of the Reporters Committee for analysis and free dissemination to the general public through multiple avenues, including RCFP's website,[1] social media accounts,[2] and email newsletters.[3]  In the event there are fees for responding to this request, RCFP is willing to pay up to $25.00.  Please inform me if the fees will exceed that amount before proceeding.

IV. <u>Conclusion</u>

If this request is denied in whole or in part, please justify all such denials by reference to specific exemptions and provide an explanation of why the Civil Rights Division "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]"  5 U.S.C. §552(a)(8).  Please also ensure all segregable portions of otherwise exempt material are released.

If you have any questions regarding this request, please do not hesitate to contact me via email at amarshall@rcfp.org.

I look forward to your determination within 20 working days, as is required by FOIA.  Thank you in advance for your assistance in this matter.

Sincerely,
Adam A. Marshall
Reporters Committee for
Freedom of the Press
amarshall@rcfp.org

---

[1] https://www.rcfp.org/.

[2] https://bsky.app/profile/rcfp.org (8.9k followers as of Mar. 20, 2026); https://www.facebook.com/ReportersCommittee (10k followers as of Mar. 20, 2026); https://x.com/rcfp (24.8k followers as of Mar. 20, 2026).

[3] https://www.rcfp.org/subscribe/.

3