UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS,

Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 26-1855 (DLF)

**DEFENDANTS' FIRST CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully file their first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint.  Defendants seek a three-week extension—from July 17 to August 7, 2026.  The Parties conferred under Local Civil Rule 7(m).  Plaintiff courteously has consented to the relief sought herein.  The grounds for this motion are as follows.

Plaintiffs submitted three Freedom of Information Act ("FOIA") requests on March 20, 2026.  *See generally* Compl. (ECF No. 1).  Plaintiff filed its Complaint under the FOIA on May 29, 2026.  ECF No. 1.  The United States Attorney's Office was served with the complaint and summons on June 17, 2026, making Defendants' response due July 17, 2026.

Defendants respectfully submit that there is good cause for the requested extension.  First, due to matters and competing deadlines in the undersigned's heavy docket of active, older pending cases, undersigned counsel requires additional time to review the Complaint, investigate Plaintiff's claims, and confer with the Defendant agencies.  Second, Defendants need sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice

procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  This is Defendants' first request for an extension.  There are no other existing deadlines in this case.  Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by its consent) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated:  July 15, 2026
        Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ Mason D. Bracken*_____
    MASON D. BRACKEN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS,

Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 26-1855 (DLF)

### [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' First Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' answer or response to the Complaint is extended until August 7, 2026.

IT IS SO ORDERED.

SIGNED:

_____          _____
Date                             DABNEY L. FRIEDRICH
                                 United States District Judge